FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 3 - 2009

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09CV01824 BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

CARLTON DUNBAR,

    Petitioner, named as Plaintiff,

v.

WARDEN DAVIS,
DIRECTOR HARLY LAPPIN, and
UNKNOWN MEDICAL STAFF,

    Respondents.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PETITIONER TO CURE DEFICIENCY

---

Petitioner has submitted a "Motion for Writ of Mandamus." He has failed either to pay the $350.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Petitioner will be directed to cure the following if he wishes to pursue his claims. Any papers that the Petitioner files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)  __X__  is not submitted
(2)  ____   is missing affidavit
(3)  __X__  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  ____   is missing certificate showing current balance in prison account
(5)  ____   is missing required financial information
(6)  ____   is missing an original signature by the prisoner
(7)  ____   is not on proper form (must use the court's current form)
(8)  ____   names in caption do not match names in caption of complaint, petition or habeas application
(9)  ____   An original and a copy have not been received by the court. Only an original has been received.
(10) __X__  other: Motion is necessary only if filing fee is not paid in advance.

**Complaint, Petition or Application:**
(11) ____   is not submitted
(12) ____   is not on proper form (must use the court's current form)
(13) ____   is missing an original signature by the prisoner
(14) ____   is missing page nos. ___
(15) ____   uses et al. instead of listing all parties in caption
(16) ____   An original and a copy have not been received by the court. Only an original has been received.
(17) ____   Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) ____   names in caption do not match names in text
(19) ____   other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Petitioner cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers that the Petitioner files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Petitioner, together with a copy of this order, two copies of the following form: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

2

FURTHER ORDERED that, if the Petitioner fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 31st day of July, 2009.

BY THE COURT:

*Boyd N. Boland*
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.    **09CV01824**

Carlton Dunbar
Reg No. 32660-007
US Penitentiary ADX
P.O. Box 8500
Florence, CO 81226-8500

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915** to the above-named individuals on __8/3/09__

GREGORY C. LANGHAM, CLERK

By: _____
         Deputy Clerk